

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Pedro Torres Gutierrez,

Vs. No. 11-18-00298-CR

The State of Texas,

* From the 106th District Court
of Dawson County,
Trial Court No. 17-7752.

* November 19, 2020

* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.